UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ANTHOINE DESHAW ODOM,

    Plaintiff,                    Case No. 2:12-CV-374

v.                                   HON. ROBERT HOLMES BELL

DANIEL HINES, et al.,

    Defendants.
_____/

**ORDER APPROVING AND ADOPTING**
**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

On January 28, 2014, Magistrate Judge Timothy P. Greeley issued a Report and Recommendation ("R&R") (Dkt. No. 80) recommending that Plaintiff's motions for a temporary restraining order and preliminary injunction (Dkt. Nos. 22, 66, 73, 75) be denied. No objections have been filed, and the deadline for doing so has expired. The Court has reviewed the matter and concludes that the R&R correctly analyzes the issues and makes a sound recommendation. Accordingly,

**IT IS HEREBY ORDERED** that the Magistrate Judge's January 28, 2014, R&R (Dkt. No. 80) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's motions for a temporary restraining order and preliminary injunction (Dkt. Nos. 22, 66, 73, 75) are **DENIED**.

Dated: February 19, 2014                /s/ Robert Holmes Bell
                                                   ROBERT HOLMES BELL
                                                     UNITED STATES DISTRICT JUDGE